GREENWICH FEDERAL SAVINGS AND LOAN
ASSOCIATION *v.* SALVATORE GANGI ET AL.

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Robert G. Zanesky,* in support of the petition.

*Margaret M. Dorsey,* in opposition.

Decided July 25, 1985

MYRON L. GLANZ *v.* JAMES R. TESTA ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 4 Conn. App. 330, is granted.

*Eliot B. Gersten,* in support of the petition.

Decided July 25, 1985

STATE OF CONNECTICUT *v.* THOMAS CAPOZZIELLO

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 251, is denied.

*Daniel V. Presnick,* in support of the petition.

Decided July 25, 1985

STANLEY V. TUCKER *v.* JOHN S. PINNEY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 678, is denied.

*John R. Williams,* in support of the petition.

Decided July 17, 1985